NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: christopherp@hbsslaw.com

ATTORNEY(S) FOR: Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Jeff Kessler, individually and on behalf of others similarly situated,

Plaintiff(s),

v.

Verisign, Inc., a Delaware corporation, and Internet Corporation for Assigned Names and Numbers, a California nonprofit corporation

Defendant(s)

CASE NUMBER:

2:26-cv-09960-SB-BFM

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Jeff Kessler or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | |

9/17/2026
Date

/s/ Christopher R. Pitoun
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Jeff Kessler